ACCEPTED
04-15-00298-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/28/2015 1:51:08 PM
KEITH HOTTLE
CLERK

NO. 04-15-00298-CR

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/28/15 1:51:08 PM

KEITH E. HOTTLE
Clerk

THE STATE OF TEXAS,
Appellant

v.

JOSE ESQUIVEL,
Appellee

ON APPEAL FROM COUNTY COURT AT LAW NO. 9
BEXAR COUNTY, TEXAS
CAUSE NO. 457593

APPELLEEE'S MOTION TO EXTEND TIME TO FILE BRIEF
IN REPLY TO THE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes JOSE ESQUIVEL, Appellee in the above styled and numbered cause, by and through his attorney record, and files this Motion requesting that the Court extend the time for filing the Appellee's Brief.

The State ("Appellant") timely filed its notice of appeal after County Court Number 9 granted Jose Esquivel's Motion to Suppress on May 1, 2015. The Appellant's brief was received on August 30, 2015. A brief in reply to the Appellant's brief is due by Monday, August 31, 2015. *This is Appellee's first motion for extension and Appellee request a ten (10) day extension.*

This extension is not sought for the purpose of delaying this appeal. Appellee requests an extension for the following reasons:

The need for an extension is due to undersigned counsel, a solo practitioner, who, after receiving the Appellant's brief on July 30th, was called to make for the month of August many more court appearances in his handling of other civil and criminal cases. As a result, it has taken away from counsel much of the time he needed to reply and timely file Appellee's brief.

**WHEREFORE, PREMISES CONSIDERED**, Jose Esquivel, Appellee respectfully requests an extension of Ten (10) days, from August 31, 2015 to September 10, 2015, to file Appellee's Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

Respectfully submitted,

LAW OFFICE OF JESÚS VARGAS
Washington Square Building
800 Dolorosa, Suite 102
San Antonio, Texas 78207
Tel: (210) 224-9000
Fax: (210) 224-9999

By:_____
Jesús Vargas
State Bar No. 20496555
Attorney for Jose Esquivel, Appellee

## CERTIFICATE OF SERVICE

I, Jesús Vargas, hereby certify that on this the 28th day of August, 2015, a true and correct copy of the above and foregoing motion was served electronically to Laura Durbin, Assistant District Attorney, via Laura.Durbin#bexar.org.

_____
Jesús Vargas